\Whyers\FinalDecMot.doc
.doc
09-110-004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No.09-15409 |
| ARTISTIC DIGITAL SERVICES INC., | ) Hon. A. Benjamin Goldgar |
| Debtor and Debtor in possession | ) Chapter 11 |

## ORDER AND FINAL DECREE CLOSING CASE

This matter coming to be heard on Debtor's Motion For Entry of an Order and Final Decree Closing Case ("Motion"); at least seven (7) days notice having been given and further notice being waived for good cause; no objections having been filed and no objections having been raised in open court to the relief requested in the Motion which have not been overruled; the Court being advised in the premises of the Motion; and good cause appearing to grant the relief requested in the Motion; it appearing that the relief sought is in the best interest of the estate; it is, therefore:

ORDERED, based on the allegations of the Motion but without evidentiary hearing, the Motion is granted including the following relief:

a) Pursuant to 11 U.S.C. § 350(a) and Federal Rule of Bankruptcy Procedure 3022, this bankruptcy case is closed, effective as of the date this order is entered; and ~~

~~b) the Court retains jurisdiction with respect to all matters arising from or related to the implantation of this order.~~

ENTER:

_____
United States Bankruptcy Judge

1 0 NOV 2010

Prepared by:
Andrew J. Maxwell (ARDC#1799150)
Vikram R. Barad (ARDC#6277076)
Maxwell Law Group, LLC
105 W. Adams, Suite 3200
Chicago, IL 60603
312/368-1138

- 1 -